UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BIEBER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THUNDERBIRD COLLECTION SPECIALISTS, INC.,<br><br>　　　　　Defendant. | No. 1:18-cv-00694-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 9) |

On September 21, 2018, Plaintiff filed a "Notice of Voluntary Dismissal of Action with Prejudice," in which Plaintiff notifies the Court of the dismissal of the entire action with prejudice. (Doc. 9.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated: __**September 24, 2018**__　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE